```
           ✓ FILED        ___ RECEIVED
           ___ ENTERED    ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                 JUL 1 4 2011

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-284-RLH (PAL) |
| JEFFREY THOMPSON, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On July 14, 2011, defendant JEFFREY THOMPSON pled guilty to Count One of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344(1) and (2) and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and Plea Agreement. Docket #1.

This Court finds that JEFFREY THOMPSON shall pay a criminal forfeiture money judgment of $1,626,907.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY THOMPSON a criminal forfeiture money judgment in the amount of $1,626,907.00 in United States Currency.

DATED this 14 day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE