UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-284-RLH (PAL) |
| v. ) | |
| ) | |
| JEFFREY THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on July 14, 2011, that JEFFREY THOMPSON shall pay a criminal forfeiture money judgment of $1,626,907.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #95, #96, #97.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEFFREY THOMPSON a criminal forfeiture money judgment in the amount of $1,626,907.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 9 day of December, 2011.

UNITED STATES DISTRICT JUDGE